1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON FIELDS, | Case No. 1:12-cv-01973-SKO (PC) |
| Plaintiff, | ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL AS MOOT |
| v. | |
| MARGARET MIMS, et al., | (Doc. 20) |
| Defendants. | |
| _____/ | |

Plaintiff Carlton Fields, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 4, 2012.  This action was dismissed, with prejudice, for failure to state a claim on April 2, 2014, and Plaintiff's motion for reconsideration was denied on June 23, 2014.  On July 23, 2014, Plaintiff filed a notice of appeal and a motion seeking leave to proceed in forma pauperis.

Plaintiff was proceeding in forma pauperis in this court and therefore, his motion for leave to proceed in forma pauperis on appeal is HEREBY ORDERED DENIED as moot.  Fed. R. App. P. 24(a)(3).

IT IS SO ORDERED.

Dated:  __July 25, 2014__          _____ /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE