1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON FIELDS, | Case No. 1:12-cv-01973-SKO (PC) |
| Plaintiff, | ORDER STRIKING UNSIGNED MOTION |
| v. | (Doc. 21) |
| MARGARET MIMS, et al., | |
| Defendants. | |

Plaintiff Carlton Fields, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 4, 2012.  This action was dismissed, with prejudice, for failure to state a claim on April 2, 2014, and Plaintiff's motion for reconsideration was denied on June 23, 2014.  On July 23, 2014, Plaintiff filed a notice of appeal and an unsigned motion for the appointment of counsel.

Unsigned filings cannot be considered by the Court and therefore, Plaintiff's motion is ORDERED STRICKEN from the record.  Fed. R. Civ. P. 11(a); Local Rule 131.

IT IS SO ORDERED.

Dated:  __July 25, 2014__          _____ /s/ Sheila K. Oberto
                                                 UNITED STATES MAGISTRATE JUDGE